STANNARD BEACH ASSOCIATION, INC. *v.* ZONING COMMISSION OF THE TOWN OF WESTBROOK ET AL.
(12658)

O'CONNELL, FOTI and LAVERY, Js.

Argued April 28—decision released May 24, 1994

*Michael E. Cronin, Jr.,* for the appellant (plaintiff).

*Howard J. Wicker,* for the appellee (defendant DGG, Inc.).

*Duncan J. Forsyth,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.